## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID NA'IM,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:12-CV-2827-D** |
| | ) | |
| **TEXAS BOARD OF PARDONS AND** | ) | |
| **PAROLES,** | ) | |
| **Respondent.** | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case—including the objections of respondent filed on April 9, 2013 and the objections of petitioner filed on April 22, 2013—and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

May 30, 2013.

SIDNEY A. FITZWATER
CHIEF JUDGE